**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000814
19-FEB-2026
07:54 AM
Dkt. 11 ODSD**

NO. CAAP-25-0000814

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BREEZE CORLION DOLZOZI, Petitioner-Appellant,
v.
TANMAYO ANNEX NICOLE MOREAU BROWN, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-25-0000115)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On November 12, 2025, self-represented Petitioner-Appellant Breeze Corlion Dolzozi (**Dolzozi**) filed a notice of appeal.

(2) The record on appeal was due January 2, 2026. See Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1).

(3) On January 6, 2026, the appellate clerk entered a default of the record on appeal, informing Dolzozi that the time to docket the record on appeal had expired, Dolzozi had not paid the filing fees, the record on appeal cannot be prepared and filed without full payment of all fees or an order allowing Dolzozi to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on January 16, 2026 for action that may include dismissal of the appeal, and Dolzozi could seek relief from default by motion.

(4)  Dolzozi has not taken any further action in this appeal.  An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed *in forma pauperis*.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, February 19, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge